FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-2908
_____

IRIS L. ANDERSON,

Appellant,

v.

SECRETARY RICKY D. DIXON,
Florida Dept. of Corrections,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

November 3, 2025


PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Iris L. Anderson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee; Dan A. Johnson, General Counsel, and Charles T. Martin Jr., Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.